IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HILL,
ADC #162542                                                                    PLAINTIFF

V.                          CASE NO. 1:17-CV-95 JM-BD

MAURICE CULCAGER, et al.                                                     DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hill's claims for money damages against Defendant Culcager are DISMISSED, with prejudice. In addition, Mr. Hill's due process claims are DISMISSED, without prejudice. Defendants Cowell, Minor, and Earl are terminated as party Defendants.

IT IS SO ORDERED, this 5th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE