IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HILL,
ADC #162542                                                                    PLAINTIFF

V.                         CASE NO. 1:17-CV-95-JM-BD

MAURICE CULCLAGER                                                     DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Culclager has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Culclager's motion for summary judgment (docket entry #15) is GRANTED. Mr. Hill's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE